MICHAEL D. ALLEN, State Bar No. 198126
E-mail: mallen@lbaclaw.com
SCOTT E. CARON, State Bar No. 227871
E-Mail: scaron@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. 818-545-1925
Facsimile No. 818-545-1937

Attorneys for Non-Parties
COUNTY OF LOS ANGELES and LOS ANGELES
COUNTY SHERIFF'S DEPARTMENT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRACY EVANSON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, et al., <br><br> Defendants. | Case No. 2:19-cv-05393 AB (MAAx) <br><br> Magistrate Judge Maria A. Audero <br><br> <u>DISCOVERY MATTER</u> <br><br> [PROPOSED] **PROTECTIVE ORDER TO PRODUCE DOCUMENTS IN RESPONSE TO SUBPOENA** <br><br> (Complaint filed: June 20, 2019) |

Pursuant to the parties' Stipulation for a Protective Order to Produce Documents in Response to Subpoena, and good cause appearing, the Court orders as follows:

The following items should be produced pursuant to this Protective Order:

1.    All Los Angeles County Consolidated Criminal History Reporting System data for Samuel Palacios (DOB \*\*/\*\*/1994; CII #A31926093)[1];

2.    All Los Angeles County Consolidated Criminal History Reporting System data for Tracy Evanson (DOB \*\*/\*\*/1972);

---

[1] Dates of birth are redacted to protect individual privacy.

3. All Los Angeles County Consolidated Criminal History Reporting System data for Essence Guss (DOB \*\*/\*\*/1997);

4. All Los Angeles County Consolidated Criminal History Reporting System data for Journey Rojas (DOB \*\*/\*\*/1999); and

5. All Los Angeles County Consolidated Criminal History Reporting System data for Shiloh Rojas (DOB \*\*/\*\*/2001).

The Court hereby expressly authorizes the County to produce the criminal history information set forth above pursuant to California Penal Code § 13301(b).

As to any and all criminal history information the County and/or LASD produces and which pertains to Plaintiffs Tracy Evanson, Essence Guss, Journey Rojas, or Shiloh Rojas, Plaintiffs, having expressly authorized the release of the criminal history information, may not, and shall not, pursue any remedies under California and/or federal law against the County, the LASD, or their attorneys arising from the production of this information.

The use and dissemination of the items listed in this stipulation shall be limited to the prosecution and/or defense of claims in this lawsuit, and shall not be disclosed to persons other than the parties' counsel and their staffs, and consultants or experts retained by the parties in connection to this lawsuit.

It is the responsibility of counsel for the parties to inform all persons who receive the documents of the contents of this order and its restrictions.

If any of the documents are filed with the Court, the filing party must comply with L.R. 79-5 and file an application pursuant to L.R. 79-5.1 to file the papers – or the confidential portion thereof – under seal.

All documents produced pursuant to this stipulation and order, and any copies made of them, shall be returned to counsel for the County of Los Angeles at the conclusion of the litigation (entry of final judgment, appellate decision, or dismissal pursuant to a stipulation by the parties). If copies of the documents have counsel's notes on them they may be destroyed, and a certification of destruction, signed by

1 | Plaintiff's counsel under penalty of perjury, may be provided to counsel for the
2 | County of Los Angeles and filed with the Court within 45 days of the conclusion of
3 | the litigation in lieu of returning the documents.

DATED: __05/13/20__, 2020      _____
　　　　　　　　　　　　　　　　　Honorable Maria A. Audero
　　　　　　　　　　　　　　　　　United States Magistrate Judge